**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NONI BODDIE,** | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | No. 20-2179 |
| v. | : | |
| | : | |
| **CARDONE INDUSTRIES, INC.** | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**ORDER**

This 8th day of September, 2020, upon consideration of Defendant's Motion to Strike Plaintiff's Amended Complaint, or in the Alternative, Motion to Dismiss Plaintiff's Amended Complaint (ECF 6), Plaintiff's Opposition (ECF 9), and Defendant's Reply (ECF 10), it is hereby **ORDERED** that Defendant's Motion to Strike is **DENIED**. Defendant's alternative Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice. The Clerk of the Court is hereby requested to mark this matter closed.

/s/ Gerald Austin McHugh
United States District Judge